© COPY



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

       - v. -

OCTAVIO SOTOLONGO,
  a/k/a "Tavo,"

               Defendant.
- - - - - - - - - - - - - - - - - - -x

NOTICE OF INTENT
TO FILE AN
INFORMATION

08 Cr.

**08 CRIM 480**

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          May 20, 2008

                                MICHAEL J. GARCIA
                                United States Attorney

                By: _____
                    Michael Q. English
                    Assistant United States Attorney

AGREED AND CONSENTED TO:

_____
Gerald DiChiara, Esq.
Attorney for Octavio Sotolongo

[USDC SDNY ELECTRONICALLY FILED stamp: 5/23/08]

JUDGE RAKOFF

5/23/08 WHEEL A

TOTAL P.02